CLOSED

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.3)] (Albany)
# CIVIL DOCKET FOR CASE #: 1:25–cv–00402–MAD–TWD

Carroll v. Henkel US Operations Corp.
Assigned to: U.S. District Judge Mae A. D'Agostino
Referred to: Magistrate Judge Therese Wiley Dancks
Cause: 29:201 Fair Labor Standards Act

Date Filed: 03/31/2025
Date Terminated: 06/25/2025
Jury Demand: None
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Justin Carroll**
*on behalf of himself and all others similarly situated*

represented by **Garrett Kaske**
Kessler Matura P.C.
534 Broadhollow Road
Suite 275
Melville, NY 11747
631–499–9100
Email: gkaske@kesslermatura.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Raphael A Katri**
Law Offices of Raphael A. Katri
8549 Wilshire Blvd.
Suite 200
Beverly Hills, CA 90211
800–349–3039
Email: rkatri@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Troy L Kessler**
Kessler Matura P.C.
534 Broadhollow Road
Suite 275
Melville, NY 11747
631–499–9100
Fax: 631–499–9120
Email: tkessler@kesslermatura.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

V.

**Defendant**

## Henkel US Operations Corp.

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2025 | 1 | CLASS AND COLLECTIVE ACTION COMPLAINT against Henkel US Operations Corp. (Filing fee $405 receipt number ANYNDC–7081793) filed by Justin Carroll. (Attachments: # 1 Civil Cover Sheet)(hmr) (Entered: 04/01/2025) |
| 04/01/2025 | 2 | Summons Issued as to Henkel US Operations Corp. (hmr) (Entered: 04/01/2025) |
| 04/01/2025 | 3 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 6/30/2025 at 09:30 AM via Telephone Conference before Magistrate Judge Therese Wiley Dancks. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 6/23/2025. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (hmr) (Entered: 04/01/2025) |
| 04/01/2025 | 4 | TEXT–ONLY NOTICE REGARDING JUDGE D'AGOSTINO CASE DISPOSITION PILOT – Please refer to the Individual Rules and Practices of the Hon. Mae A. D'Agostino, U.S. District Judge, for guidance regarding the Case Disposition Pilot. https://www.nynd.uscourts.gov/sites/nynd/files/MAD_Rules_of_Practice_04_14_2020.pdf. (hmr) (Entered: 04/01/2025) |
| 06/04/2025 | 5 | TEXT ORDER: Court reviewed docket and notes that proof of service of the summons and complaint have not yet been filed. Plaintiff is directed to file proof of service or a status report on service by close of business on 6/6/2025.SO ORDERED by Magistrate Judge Therese Wiley Dancks on 6/4/2025. (pcj) (Entered: 06/04/2025) |
| 06/05/2025 | 6 | SUMMONS Returned Executed by Justin Carroll. Henkel US Operations Corp. served on 5/29/2025, answer due 6/20/2025. (Kaske, Garrett) (Entered: 06/05/2025) |
| 06/25/2025 | 7 | TEXT ORDER: Court reviewed docket and notes that defendant has not yet appeared in this action. Therefore, the Rule 16 conference and related deadlines are adjourned at this time and will be reset after defendant files an answer to the complaint. Court also reviewed proof of service, Dkt. No. 6 , and since defendant's time to respond to the complaint recently expired, plaintiff is directed to file a status report by 7/3/2025 indicating whether plaintiff has had any contact with defendant about responding to the complaint.SO ORDERED by Magistrate Judge Therese Wiley Dancks on 6/25/2025. (pcj) (Entered: 06/25/2025) |
| 06/25/2025 | 8 | STIPULATION *to Transfer Case to US District Court for the Western District of New York* by Henkel US Operations Corp. submitted to Judge Magistrate Judge Therese Wiley Dancks. (DeLuca, Robert) (Entered: 06/25/2025) |
| 06/25/2025 | 9 | ORDER TRANSFERRING CASE: Order approving # 8 Stipulation to Transfer Case to the Western District of New York. Signed by Magistrate Therese Wiley Dancks on 6/25/2025. (pcj) (Entered: 06/25/2025) |