UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JUSTIN CARROLL, on behalf of himself and all others similarly situated,

                    Plaintiff,

    - against -

HENKEL US OPERATIONS CORP.,

                    Defendant.
----------------------------------------------------------------------- X

No.: 6:25 Civ. 6334 (EAW)

**DECLARATION OF GARRETT KASKE
IN SUPPORT OF MOTION TO ADMIT TROY L. KESSLER *PRO HAC VICE***

Garrett Kaske, hereby declares under penalty of perjury:

1. I am a partner of the law firm of Kessler Matura P.C, co-counsel, for Plaintiff and the putative class and collective action in the above-captioned action.

2. I am familiar with the facts and circumstances of this action. I submit this declaration to place before the court relevant documents and information in support of the Motion to Admit Troy L. Kessler *Pro Hace Vice*.

3. As set forth in the Admission Petition Form (**Exhibit 1**), Mr. Kessler is admitted to practice in the State of New York and the United States District Courts for the Eastern, Southern, and Northern Districts of New York.

4. As set forth in the Admission Sponsor Affidavit (**Exhibit 2**), I, having known Mr. Kessler since March 2014, believe that Mr. Kessler has the requisite experience and moral character to practice before this Court, *pro hac vice*.

5. Mr. Kessler has executed the Attorney Oath (**Exhibit 3**), Civility Principles and Guidelines Oath (**Exhibit 4**), and Attorney Database and Electronic Case Filing Registration Form (**Exhibit 5**).

1

6. For the Court's convenience, I am providing a Proposed Order as **Exhibit 6**, which I will also submit in Word format via email pursuant to Section 2(L) of the Administrative Procedures Guide for Electronic Fling.

7. In accordance with Section 2(G) of the Administrative Procedures Guide for Electronic Filing, I in possession of and am prepared to produce the original signatures of Mr. Kessler on Exhibits 1, 3, 4, and 5.

8. I hereby certify that upon e-filing the foregoing motion, I emailed all e-filed motion papers to the following counsel for Defendant Henkel US Operations Corp., who have not yet appeared in this action and, as a result, are not CM/ECF participants at this time:

| | |
|---|---|
| R. Scott DeLuca, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>50 Fountain Plaza, 14th Floor<br>Buffalo NY 14202<br>Telephone: (716) 831-2715<br>E-Mail: scott.deluca@ogletree.com | Rebecca J. Bennett, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>127 Public Square, Suite 4100<br>Cleveland, Ohio 44114<br>Telephone: (216) 241-6100<br>E-Mail: rebecca.bennett@ogletree.com |

Dated: Melville, New York
July 3, 2025

Respectfully submitted,

s/ *Garrett Kaske*
Garrett Kaske

**KESSLER MATURA P.C.**
Garrett Kaske
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone: (631) 499-9100
gkaske@kesslermatura.com

*Attorneys for Plaintiff and the*
*Putative FLSA Collective and Class*