# **<u>Exhibit 1</u>**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

**IN THE MATTER OF THE APPLICATION OF**

Troy L. Kessler
(Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE Elizabeth A. Wolford ,
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

Troy L. Kessler , petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:
   Kessler Matura P.C., 534 Broadhollow Road, Suite 275, Melville, NY 11747

2. That petitioner attended the following educational institutions and received the following degrees:
   Loyola University Chicago School of Law, Chicago, Illinois, Juris Doctor (May 1996); University of Wisconsin, Madison, Wisconsin, Bachelor of Arts (May 1993)

3. Please complete either (a), (b), or (c):

<u>Admission by Petition</u>

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of

New York on the _____ day of _____, _____.

Additional Requirements:
   Admission Petition Form
   Admission Sponsoring Affidavit
   Attorney's Oath
   Civility Principles Oath
   Attorney Database and Electronic Case Filing Registration Form
   Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
      (due on upon admission)

<u>Admission by Certificate of Good Standing</u>

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of _____

on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:
   Original Certificate of Good Standing from the Clerk of Court of which he or she is a member
      (dated no earlier than six months prior to submission to this Court)
   Admission Petition Form (when attorney admitted to a District Court outside of New York State)
   Attorney's Oath
   Civility Principles Oath
   Attorney Database and Electronic Case Filing Registration Form
   Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
      (due on upon admission)

Pro Hac Vice Admission

(c) That petitioner is admitted to practice in the State of __New York_____.

Additional Requirements:
    Motion to Appear Pro Hac Vice
    Admission Petition Form
    Admission Sponsoring Affidavit
    Attorney's Oath
    Civility Principles Oath
    Attorney Database and Electronic Case Filing Registration Form
    Check, money order, or payment of fee online in the amount of the Pro Hac Vice fee set forth in the District Court Schedule of Fees (due upon application)
    Local Counsel in accordance with Local Rule of Civil Procedure 83.2(a)(1)

4. Petitioner is admitted to the following courts:

New York State; U.S. Court of Appeals, Second Circuit; Eastern District of New York, Southern District of New York, Northern District of New York.

5. Since such admission(s), petitioner has practiced in the following courts:

## See Attachment.

and has been involved in the following professional activities:

## See Attachment.

6. Please respond separately to each of the following questions:

(a) Have you ever been held in contempt of court? ◯ Yes ● No
(b) Have you ever been sanctioned by a court? ◯ Yes ● No
(c) Have you ever been publicly censured, admonished, advised, or cautioned in a disciplinary proceeding? ◯ Yes ● No
(d) Have you ever been suspended or disbarred by any court? ◯ Yes ● No
(e) Have you ever been denied admission or readmission to the Bar of any court? ◯ Yes ● No
(f) Are you now the subject of any pending disciplinary proceeding OR the subject of any pending disciplinary complaint before any court? ◯ Yes ● No

In the case of each affirmative answer to a question set forth above, the applicant shall file a confidential statement under seal disclosing the identity of the responsible court or disciplinary committee, as well as the date, background, outcome and any facts of a mitigating or exculpatory nature as may be pertinent. Such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review, or in the case of a pro hac vice admission to the presiding judge.

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court.

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __7/1/2025__
               (Date)

                                                   **s/ Troy L. Kessler**

                                                   (Signature of Petitioner)

(Revised August 30, 2023)

# **Appendix to Application for Admission Pro Hac Vice of Troy L. Kessler**

**COURTS IN WHICH I HAVE PRACTICED**

As an attorney admitted to practice in the State of New York, I have practiced in the following Courts:

(1) Supreme Court of New York

    a. Bronx County

    b. Kings County

    c. Nassau County

    d. New York County

    e. Suffolk County

    f. Queens County

    g. Rockland County

    h. Orange County

(2) U.S. District Court

    a. Eastern District of New York

    b. Northern District of New York

    c. Southern District of New York

(3) Appellate Division, Second Department

(4) U.S. Court of Appeals for the Second Circuit

I have also practiced in the following Courts on a *pro hac vice* basis:

(1) U.S. District Court

    a. Central District of California

    b. District of Delaware

    c. Middle District of Florida

    d. Northern District of Illinois

      e. Southern District of Iowa

      f. District of New Jersey

(2) Kentucky Circuit Court

(3) Superior Court of New Jersey

**PROFESSIONAL ACTIVITIES**

I am an Adjunct Professor of Law at the Benjamin N. Cardozo School of Law. Since being admitted to practice, I have been involved in the following professional associations:

- Center for Labor & Employment Law at the New York University School of Law, Advisory Board Member

- College of Labor and Employment Lawyers, Fellow

- Federal Bar Association, Eastern District of New York Chapter, President

- American Bar Association - Labor & Employment Section, Member, and co-chair of the Section's Alternative Dispute Resolution Committee

- National Employment Lawyers Association, Member

- National Employment Lawyers Association/New York ("NELA/NY"), Former Executive Board Member

- Suffolk County Bar Association's Labor & Employment Committee, past Co-Chair

- New York State Bar Association, Member

- Nassau County Bar Association, Mentor

Since being admitted to practice, I have been engaged as a panelist or speaker by various professional associations. My speaking engagements since 2016 include:

- June 10, 2025 – Panelist, "Emerging Issues in Employment Arbitration," Seventy-Seventh Annual NYU Conference on Labor.

- May 2, 2025 – Panelist, "Key Differences Between NY and NJ Employment Law," New Jersey Association for Justice, Boardwalk Seminar.

- October 17, 2024 – Panelist, "Developments in NLRB Caselaw and Remedies, and Implications for Employment Law Practitioners," ABA Section of Labor and Employment Law Webinar.

- May 23, 2024 – Panelist, "Arbitration Provider Policies and Procedures – Enhancing Employee Friendly Arbitration Procedures," Seventy-Sixth Annual NYU Conference on Labor.

- September 18, 2023 – Panelist, "Remedies in Employment Law," Twenty-Fifth Annual NYU/Federal Judicial Conference Employment Law Workshop for Federal Judges.

- May 24, 2023 – Panelist, "Addressing Hiring Discrimination Against Older and Disabled Workers, and Formerly Incarcerated Individuals," Seventy-Fifth Annual NYU Conference on Labor.

- July 29, 2022 – Faculty, "Employment Law in the Post-Pandemic Era," Institute of Judicial Administration's Sixty-Third Annual New Appellate Judges Seminar, NYU School of Law.

- June 9, 2022 – Panelist, "Worker Protections in the Age of the Pandemic: Safety, Conduct, & Discrimination Issues," Seventy-Fourth Annual NYU Conference on Labor.

- June 9, 2022 – Panelist, "Arbitrating Worker Classification Disputes in the Gig Economy," American Arbitration Association, New York.

- April 29, 2021 – Panelist, "Remedies in Employment Law," Twenty-Fourth Annual NYU/Federal Judicial Conference Employment Law Workshop for Federal Judges.

- November 12, 2020 – Panelist at the American Bar Association's Labor and Employment Conference, on the topic of the multi-jurisdictional practice of law.

- August 12, 2020 – Panelist at the New York County Lawyers Association, Employment and Wage & Hour Mediation Training Program, on the topic of classifying employees.

- March 11, 2020 – Panelist on remedies in employment litigation, at the Twenty-Third Annual NYU Employment Law Workshop for Federal Judges at New York University School of Law.

- November 8, 2019 – Panelist at the American Bar Association's Labor and Employment Conference in New Orleans, Louisiana, on the topic of best practices for class discovery in wage and hour litigation.

- September 16, 2019 – Instructor for trial practice all-day CLE event for counsel in the U.S. Department of Labor's New York Regional Solicitor's Office.

- March 22, 2019 – Panelist on remedies in employment litigation, at the Twenty-Second Annual NYU Employment Law Workshop for Federal Judges at New York University School of Law.

- February 16, 2019 – Panelist for "Current state of wage and hour arbitrations in the wake of the U.S. Supreme Court's decision in Epic Systems Corp. v. Lewis," at the American Bar Association's Labor and Employment Law Committee midwinter meeting.

- November 8, 2018 – Panelist at the American Bar Association's Labor and Employment Conference in San Francisco, California, on the topic of best practices for issuing class notices.

- June 8, 2018 – Presenter at the Seventy-First Annual NYU Conference on Labor, on the topic of best practices for ethical witness interactions.

- April 18, 2018 – Presenter for the third consecutive year, at the Federal Bar Association, Eastern District of New York Chapter's "Fair Labor Standards Act Update," on the topic of settlement issues in wage-and-hour litigation in the wake of the Second Circuit's decision in Cheeks v. Freeport Pancake House.

- March 21, 2018 – Presenter at the Twenty-First Annual NYU Employment Law Workshop for Federal Judges, held at New York University School of Law. The Workshop is organized in conjunction with the Federal Judicial Center. My panel addressed remedies in employment litigation, including an in-depth discussion of the Restatement of the Law, Employment Law (3d).

- October 11, 2017 – Trainer at "Mediation Advocacy Training" which was conducted in conjunction with the Eastern District of New York, the Federal Bar Association and Cornell University's ILR Labor and Employment Program. As part of the training program, I provided the case law update.

- September 28, 2017 – Panelist at the United States Department of Labor's in-house training. I presented on the "Strategies for Asserting Individual Liability for FLSA Violations."

- March 8, 2017 – Panelist at the Twentieth Annual NYU Employment Law Workshop for Federal Judges, held at New York University School of Law. The Workshop is organized in conjunction with the Federal Judicial Center. My panel addressed employment arbitrations.

- November 10, 2016 – Presenter at the American Bar Association's Labor and Employment Conference in Chicago, Illinois, on the topic of pursuing and negotiating class action settlements.

- September 28, 2016 – Trainer at "FLSA Mediation Training" which was conducted in conjunction with the Eastern District of New York, the Federal Bar Association. As part of the all-day training session, I presented on the topic of representing workers covered by the Hospitality Wage Order, and Calculating Damages in Wage and Hour Litigation.

- June 23, 2016 – Presenter at the NELA conference in Los Angeles, California, on the topic of issue spotting wage-and-hour violations. As part of the presentation, I discussed wage-and-hour issues affecting the hospitality industry.

- June 15, 2016 – Trainer at "FLSA Mediation Training" which was conducted in conjunction with the Eastern District of New York, the Federal Bar Association and Cornell University's ILR Labor and Employment Program. As part of the all-day training

4

session, I presented on the topic of representing workers covered by the Hospitality Wage Order, and on the topic of Top 10 FLSA Takeaways.

Since being admitted to practice, I have contributed to the following published works:

- Joan C. Foley, Robin Boyle-Laisure, and Troy L. Kessler, *Merging the Bench, Bar, and Law Schools: How a Student Scholars Program Achieves Professional Identity Through Scholarly Writing, Mentorship, and Presentation*, 93 UMKC L. Rev. 1 (Fall 2024).

- Chapter Editor (2022 – Present) and Contributor (2016 - 2022), American Bar Association's FLSA Midwinter Report, which serves as the annual supplement to the Ellen C. Kearns et al. eds., Fair Labor Standards Act (2d. ed. 2010).

- Samuel Estreicher and Troy Kessler, *Employers Should Reconsider Plans to Discharge Employees for Refusing the COVID-19 Vaccine*, N.Y. Law Journal (May 26, 2022).