# **Exhibit 2**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Troy L. Kessler
(Name of Petitioner)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
) ss:
COUNTY OF Suffolk )

Garrett D. Kaske, being duly sworn deposes and says:
Name of Sponsor

1. I reside at: Patchogue, New York
City, State

and maintain an office for the practice of law at: Kessler Matura, P.C., 534 Broadhollow Road, Suite 275, Melville, New York 11747

2. I am an attorney at law, admitted to practice in the State of New York, along with the District Courts in the Eastern, Northern, Southern, and Western Districts of New York, I was admitted to practice in the United States District Court for the Western District of New York on the 25th day of June, 2025.

3. I have known the petitioner since March 2014 and under the following circumstances: I have worked closely with Mr. Kessler since April 2014. I was an associate of his firm from April 2014 through September 2024. I have been a partner of his firm, Kessler Matura P.C., since October 2024.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: Mr. Kessler is an experienced, diligent, and honorable attorney. He is of fine moral character and I support his pro hac vice admission to this Court.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 30, 2025
Date

_____
Signature of Sponsoring Attorney

Rev. 1/3/2023