# Exhibit 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF **New York** )
                     ) SS:
**Nassau** COUNTY    )

I, **Troy L. Kessler** of **Syosset, New York**
                          City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and according to law; and I will support the Constitution of the United States. So help me God.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: **7/1/2025**
                 Date

s/ **Troy L. Kessler**
Signature of Attorney

Rev. 1/3/2023