# **<u>Exhibit 6</u>**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JUSTIN CARROLL, on behalf of himself and all others similarly situated,

                     Plaintiff,

  - against -

HENKEL US OPERATIONS CORP.,

                     Defendant.
------------------------------------------------------------------------X

**[PROPOSED] ORDER**

6:25 Civ. 6334 (EAW)

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Western District of New York, Troy L. Kessler is hereby admitted *pro hac vice*, to represent Plaintiff in the above captioned matter.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated: July ___, 2025
       Rochester, New York