UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JUSTIN CARROLL, on behalf of himself and all others similarly situated,

      Plaintiff,

- against -

HENKEL US OPERATIONS CORP.,

      Defendant.
----------------------------------------------------------------------- X

No.: 6:25 Civ. 6334 (EAW)

### NOTICE OF MOTION TO ADMIT RAPHAEL A. KATRI *PRO HAC VICE*

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Garrett Kaske, with exhibits, Plaintiff will move this Court at the United States Courthouse, Kenneth B. Keating Federal Building, 100 State Street, Rochester, New York 14614, before the Honorable Elizabeth A. Wolford, U.S.D.J., at a date and time to be designated by the Court, for an Order pursuant to Local Rule of Civil Procedure 83.1(c) permitting Raphael A. Katri, Esq., of the Law Offices of Raphael A. Katri, to appear pro hac vice on behalf of Plaintiff. Oral argument is not requested.

Dated: Melville, New York
   July 8, 2025

              Respectfully submitted,

              s/ *Garrett Kaske*
              Garrett Kaske

              **KESSLER MATURA P.C.**
              Garrett Kaske
              534 Broadhollow Road, Suite 275
              Melville, NY 11747
              Telephone: (631) 499-9100
              gkaske@kesslermatura.com

              *Attorneys for Plaintiff and the*
              *Putative FLSA Collective and Class*