# Exhibit 1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Raphael A. Katri
    (Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE Elizabeth A. Wolford,
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

Raphael A. Katri _____, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:
   Law Offices of Raphael A. Katri, 8549 Wilshire Blvd. Ste. 200, Beverly Hills, CA 90211-3104

2. That petitioner attended the following educational institutions and received the following degrees:
   Loyola Law School, Los Angeles, Juris Doctor (May 2002); UNDERGRAD, Bachelor of Arts/SCIENCE (M Y)

3. Please complete either (a), (b), or (c):

### Admission by Petition

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

   Additional Requirements:
   Admission Petition Form
   Admission Sponsoring Affidavit
   Attorney's Oath
   Civility Principles Oath
   Attorney Database and Electronic Case Filing Registration Form
   Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
       (due on upon admission)

### Admission by Certificate of Good Standing

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of _____ on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

   Additional Requirements:
   Original Certificate of Good Standing from the Clerk of Court of which he or she is a member
       (dated no earlier than six months prior to submission to this Court)
   Admission Petition Form (when attorney admitted to a District Court outside of New York State)
   Attorney's Oath
   Civility Principles Oath
   Attorney Database and Electronic Case Filing Registration Form
   Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
       (due on upon admission)

Pro Hac Vice Admission

(c) That petitioner is admitted to practice in the State of __New York_____.

Additional Requirements:
Motion to Appear Pro Hac Vice
Admission Petition Form
Admission Sponsoring Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database and Electronic Case Filing Registration Form
Check, money order, or payment of fee online in the amount of the Pro Hac Vice fee set forth in the District Court Schedule of Fees (due upon application)
Local Counsel in accordance with Local Rule of Civil Procedure 83.2(a)(1)

4. Petitioner is admitted to the following courts:

   California; New York State; Washington State; Texas, Michigan

5. Since such admission(s), petitioner has practiced in the following courts:

   See Attachment

   and has been involved in the following professional activities:

   See Attachment.

6. Please respond separately to each of the following questions:
   (a) Have you ever been held in contempt of court? ( ) Yes (●) No
   (b) Have you ever been sanctioned by a court? ( ) Yes (●) No
   (c) Have you ever been publicly censured, admonished, advised, or cautioned in a disciplinary proceeding? ( ) Yes (●) No
   (d) Have you ever been suspended or disbarred by any court? ( ) Yes (●) No
   (e) Have you ever been denied admission or readmission to the Bar of any court? ( ) Yes (●) No
   (f) Are you now the subject of any pending disciplinary proceeding OR the subject of any pending disciplinary complaint before any court? ( ) Yes (●) No

   In the case of each affirmative answer to a question set forth above, the applicant shall file a confidential statement under seal disclosing the identity of the responsible court or disciplinary committee, as well as the date, background, outcome and any facts of a mitigating or exculpatory nature as may be pertinent. Such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review, or in the case of a pro hac vice admission to the presiding judge.

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court.

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __July 7, 2025_____
                        (Date)

s/ Raphael A. Katri
_____
(Signature of Petitioner)

(Revised August 30, 2023)

## Attachment A

## [Professional Activities of Raphael A. Katri]

I am an attorney in good standing with over twenty years of legal experience, having been first admitted to the practice of law in the State of California in 2002. Since 2008, I have served as the principal and founding attorney of the Law Offices of Raphael A. Katri, where my practice is devoted almost exclusively to plaintiffs' side labor and employment law matters. I focus particularly on wage and hour issues under both state and federal law, including—but not limited to—class and collective actions involving claims for unpaid wages, overtime violations, meal and rest break violations, and recovery of civil penalties under California's Private Attorneys General Act (PAGA).

In addition to my litigation practice, I also serve as outside general counsel in the United States to an international video game publishing company publicly traded in Italy. In that capacity, I provide legal counsel on a range of matters including employment law compliance, commercial transactions, real estate, intellectual property, and other general corporate legal affairs.

I regularly litigate civil matters in both state and federal courts, including in California, Texas, New York, Michigan, and Washington State. My practice is concentrated almost entirely on class and collective action matters, particularly in the employment and labor law space.

I am a member of the bars of California, Texas, New York, Washington State, and Michigan. I have also been admitted pro hac vice in multiple federal district courts, including the Southern and Eastern Districts of New York, as well as federal courts in Texas and Michigan.

I am a member of the California Employment Lawyers Association (CELA) and formerly a member of the Los Angeles County Bar Association (LACBA).

Respectfully submitted,

Raphael A. Katri

Law Offices of Raphael A. Katri