# Exhibit 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Raphael A. Katri
(Name of Petitioner)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF         )

Garrett D. Kaske, being duly sworn deposes and says:
Name of Sponsor

1. I reside at: Patchogue, New York
City, State

and maintain an office for the practice of law at: Kessler Matura, P.C., 534 Broadhollow Road, Suite 275, Melville, New York 11747

2. I am an attorney at law, admitted to practice in the State of New York, along with the District Courts in the Eastern, Northern, Southern, and Western Districts of New York, I was admitted to practice in the United States District Court for the Western District of New York on the 25th day of June, 2025.

3. I have known the petitioner since July 2020 and under the following circumstances: I have worked with Mr. Katri as co-counsel on a number of matters.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court:
Mr. Katri is an experienced attorney with great knowledge in matters of class and collective action lawsuits on behalf of employees.
I know Mr. Katri to be diligent and honorable. He is of a fine moral character and I support his pro hac vice admission to this Court.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: July 8, 2025
Date

s/ Garrett Kaske
Signature of Sponsoring Attorney

Rev. 1/3/2023