# Exhibit 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**ATTORNEY'S OATH**

STATE OF California                )

                                   ) SS:

Los Angeles COUNTY                 )

I, Raphael A. Katri  of , California

City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United

States District Court for the Western District of New York, uprightly and according to law; and I will

support the Constitution of the United States. So help me God.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United

States of America that the foregoing is true and correct.

Executed on: July 7, 2025

Date

**s/ Raphael A. Katri**

Signature of Attorney

Rev. 1/3/2023