# **Exhibit 5**

# UNITED STATES DISTRICT COURT

# Western District of New York

### ATTORNEY DATABASE & ELECTRONIC CASE FILING REGISTRATION FORM

The Clerk's Office maintains a database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report changes to your name, firm affiliation, office address, email, and/or phone number within 30 days.

This form shall also be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration.

Instructions: PLEASE TYPE OR PRINT. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

---

Check One: **X** New Registration _____ Update Address/Email/Phone

First Name: **Raphael**

Middle Name or Initial: **A.**

Last Name: **Katri**

Firm Name: **Law Offices of Raphael A. Katri**

Firm Address: **8549 Wilshire Blvd**

Suite: **200**

City: **Beverly Hills**    State: **CA**    Zip: **90211** - **3104**

Phone Number: **310_940_2034**    FAX Number: **310_733_5644**

Primary E-Mail Address: **rkatri@SoCalLaborLawyers.com**

Additional E-Mail Address(es) to receive notices: _____

---

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of New York.

Method of Admission: **Pro Hac Vice**

(Petition, Certificate of Good Standing, *pro hac vice*)

Date admitted to practice in this Court: **Pending**

(write "pending" if admission is pending)

If admitted pro hac vice:
Date motion for pro hac vice granted: _____ in case number: **1:25-cv-00402**

Government attorneys do not need to seek admission. United States Attorneys, Assistant United States Attorneys, special attorneys appointed under 28 U.S.C. §§ 515 and 543, Federal Public Defenders, Assistant Federal Public Defenders, and any attorney employed by a federal agency, may practice before this Court on any matter within the scope of their employment by submitting to the Clerk of Court this Electronic Case Filing Registration Form and filing a notice of appearance as required by Local Rule of Civil Procedure 83.2(b).

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents.

Attorneys must protect the security of their passwords and immediately notify PACER and the court if they learn that their password has been compromised.

**s/ Raphael A. Katri**

Signature of Registrant

Date 7/7/25

Please note that this form is required to be completed by any attorneys seeking to be admitted to this District and submitted with the admission application. If you have been previously admitted to practice in this court and need to update your contact information or are a government attorney submitting this registration to request an account or, you may email the form to CMECF_Support@nywd.uscourts.gov, or mail it to the following address:

Mary C. Loewenguth
United States District Court
Attn: CM/ECF Registration
2 Niagara Square
Buffalo, New York 14202

Form updated 1/3/2023