# Exhibit 6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JUSTIN CARROLL, on behalf of himself and all others similarly situated,  :

                   Plaintiff,

  - against -

HENKEL US OPERATIONS CORP.,

                   Defendant.
-----------------------------------------------------------------------X

**[PROPOSED] ORDER**

6:25 Civ. 6334 (EAW)

      Upon fulfilling the requirements set forth in Local Rule 83.1 of the Western District of New York, Raphael A. Katri is hereby admitted *pro hac vice*, to represent Plaintiff in the above captioned matter.

      SO ORDERED.

                                                                _____
                                                                ELIZABETH A. WOLFORD
                                                                Chief Judge
                                                                United States District Court

Dated: July ___, 2025
         Rochester, New York