UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**JUSTIN CARROLL**, *on behalf of himself and all others similarly situated*,

                Plaintiff,

vs.

**HENKEL US OPERATIONS CORP.**,

                Defendant.

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO CLASS AND COLLECTIVE ACTION COMPLAINT**

Civil Action No.: 25-CV-06334 EAW

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the counsel of record for Plaintiff **JUSTIN CARROLL**, *on behalf of himself and all others similarly situated*, and Defendant **HENKEL US OPERATIONS CORP.**, that the deadline for Defendant to answer or otherwise respond to Plaintiff's Class and Collective Action Complaint in this action is hereby extended up to and including **August 29, 2025**.

DATED:    Buffalo, New York
               August 5, 2025

| | |
|---|---|
| **KESSLER MATURA P.C.** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| /s/ Garrett D. Kaske | /s/ R. Scott DeLuca |
| Garrett D. Kaske, Esq. | Rebecca J. Bennett, Esq. |
| 534 Broadhollow Road, Suite 275 | R. Scott DeLuca, Esq. |
| Melville, NY 11747 | 50 Fountain Plaza, 14th Floor |
| Telephone: (531) 499-9100 | Buffalo NY 14202 |
| E-Mail: gkaske@kesslermatura.com | Phone: (716) 831-2715 |
| | E-Mail: rebecca.bennett@ogletree.com; scott.deluca@ogletree.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED:**

_____
Hon. Elizabeth A. Wolford
Chief United States District Judge