UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**JUSTIN CARROLL**, *on behalf of himself and all others similarly situated*,

        Plaintiff,

vs.

**HENKEL US OPERATIONS CORP.**,

        Defendant.

**NOTICE OF APPEARANCE**

Civil Action No.: 25-CV-06334 EAW

---

    **PLEASE TAKE NOTICE** that R. Scott DeLuca, Esq., of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 50 Fountain Plaza, 14th Floor, Buffalo, New York 14202, hereby enters his appearance as counsel of record for Defendant Henkel US Operations Corp. in this action.

DATED:    Buffalo, New York
             August 29, 2025

         **OGLETREE, DEAKINS, NASH,
         SMOAK & STEWART, P.C.**

            */s/ R. Scott DeLuca*
         R. Scott DeLuca, Esq.
         50 Fountain Plaza, 14th Floor
         Buffalo NY 14202
         Phone: (716) 831-2715
         E-Mail: scott.deluca@ogletree.com

         *Attorneys for Defendant
         Henkel US Operations Corp.*

TO:   All Counsel of Record