UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **JUSTIN CARROLL**, *on behalf of himself and all others similarly situated*,<br><br>                    Plaintiff,<br><br>vs.<br><br>**HENKEL US OPERATIONS CORP.**,<br><br>                    Defendant. | **STIPULATION FURTHER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO CLASS AND COLLECTIVE ACTION COMPLAINT**<br><br>Civil Action No.: 25-CV-06334 EAW |

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the counsel of record for Plaintiff **JUSTIN CARROLL**, *on behalf of himself and all others similarly situated*, and Defendant **HENKEL US OPERATIONS CORP.**, that the deadline for Defendant to answer or otherwise respond to Plaintiff's Class and Collective Action Complaint in this action is hereby extended up to and including **September 12, 2025**.

DATED:   Buffalo, New York
         August 29, 2025

| | |
|---|---|
| **KESSLER MATURA P.C.** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| *    /s/ Garrett D. Kaske    * | *    /s/ R. Scott DeLuca    * |
| Garrett D. Kaske, Esq.<br>534 Broadhollow Road, Suite 275<br>Melville, NY 11747<br>Telephone: (531) 499-9100<br>E-Mail: gkaske@kesslermatura.com<br><br>*Attorneys for Plaintiff* | Rebecca J. Bennett, Esq.<br>R. Scott DeLuca, Esq.<br>50 Fountain Plaza, 14th Floor<br>Buffalo NY 14202<br>Phone: (716) 831-2715<br>E-Mail: rebecca.bennett@ogletree.com;<br>         scott.deluca@ogletree.com<br><br>*Attorneys for Defendant* |

**SO ORDERED:**

_____
Hon. Elizabeth A. Wolford
Chief United States District Judge