UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**JUSTIN CARROLL**, *on behalf of himself and all others similarly situated*,

                Plaintiff,

vs.

**HENKEL US OPERATIONS CORP.**,

                Defendant.

**DEFENDANT'S ANSWER TO PLAINTIFF'S CLASS AND COLLECTIVE ACTION COMPLAINT**

Civil Action No.: 25-CV-06334 EAW

---

Defendant Henkel US Operations Corp. ("Defendant"), by and through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as and for Defendant's Answer to Plaintiff's Class and Collective Action Complaint, states as follows:

## INTRODUCTION

1. Denies the allegations contained in Paragraph 1 of Plaintiff's Class and Collective Action Complaint, except admits that Defendant is an international manufacturer of branded household and personal care goods.

2. Denies the allegations contained in Paragraph 2 of Plaintiff's Class and Collective Action Complaint, except admits that Plaintiff worked at Defendant's facility in Geneva, New York.

3. Denies the allegations contained in Paragraph 3 of Plaintiff's Class and Collective Action Complaint.

4. Denies the allegations contained in Paragraph 4 of Plaintiff's Class and Collective Action Complaint, except admits that Plaintiff purports to bring the First Claim for Relief pursuant to Section 216(b) of the Fair Labor Standards Act.

5.   Denies the allegations contained in Paragraph 5 of Plaintiff's Class and Collective Action Complaint, except admits that Plaintiff purports to bring the Second and Third Claims for Relief pursuant to the New York Labor Law.

## THE PARTIES
## PLAINTIFF JUSTIN CARROLL

6.   Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Class and Collective Action Complaint.

7.   Denies the allegations contained in Paragraph 7 of Plaintiff's Class and Collective Action Complaint, except admits that Plaintiff was an employee at Defendant's plant in Genea, New York.

8.   Paragraph 8 alleges conclusions of law and Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Class and Collective Action Complaint.

9.   Paragraph 9 alleges conclusions of law and Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Class and Collective Action Complaint.

10.   Admits the allegations contained in Paragraph 10 of Plaintiff's Class and Collective Action Complaint.

11.   Admits the allegations contained in Paragraph 11 of Plaintiff's Class and Collective Action Complaint.

12.   Admits the allegations contained in Paragraph 12 of Plaintiff's Class and Collective Action Complaint.

13.   Admits the allegations contained in Paragraph 13 of Plaintiff's Class and Collective Action Complaint.

14. Denies the allegations contained in Paragraph 14 of Plaintiff's Class and Collective Action Complaint, except admits that Defendant operates a facility in Geneva, New York.

15. Denies the allegations contained in Paragraph 15 of Plaintiff's Class and Collective Action Complaint.

16. Admits the allegations contained in Paragraph 16 of Plaintiff's Class and Collective Action Complaint.

17. Admits the allegations contained in Paragraph 17 of Plaintiff's Class and Collective Action Complaint.

18. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of Plaintiff's Class and Collective Action Complaint.

19. Admits the allegations contained in Paragraph 19 of Plaintiff's Class and Collective Action Complaint.

20. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiff's Class and Collective Action Complaint.

21. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Class and Collective Action Complaint, except admits that Henkel announced a twenty-three million dollar ($23,000,000) investment program in its North American manufacturing facilities.

22. Paragraph 22 alleges conclusions of law and Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of Plaintiff's Class and Collective Action Complaint.

23. Paragraph 23 alleges conclusions of law and Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Class and Collective Action Complaint.

24. Paragraph 24 alleges conclusions of law and Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of Plaintiff's Class and Collective Action Complaint.

25. Paragraph 25 alleges conclusions of law and Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of Plaintiff's Class and Collective Action Complaint.

26. Paragraph 26 alleges conclusions of law and Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Class and Collective Action Complaint.

## **JURISDICTION**

27. Denies the allegations contained in Paragraph 27 of Plaintiff's Class and Collective Action Complaint, except admits that Plaintiff attempts to invoke this Court's jurisdiction.

28. Denies the allegations contained in Paragraph 28 of Plaintiff's Class and Collective Action Complaint, except admits that Plaintiff attempts to invoke this Court's jurisdiction.

29. Denies the allegations contained in Paragraph 29 of Plaintiff's Class and Collective Action Complaint, except admits that Plaintiff attempts to invoke this Court's subject matter jurisdiction.

30. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's Class and Collective Action Complaint.

31.     Admits that Plaintiff "seeks backpay and an additional amount equal to the 100%of te Class's unpaid wages, pursuant to the FLSA and NYLL," but denies that any basis in law or in fact exists for such an award of damages and, therefore, denies the allegations contained in Paragraph 31 of Plaintiff's Class and Collective Action Complaint.

32.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiff's Class and Collective Action Complaint.

## VENUE

33.     Denies the allegations contained in Paragraph 33 of Plaintiff's Class and Collective Action Complaint, except admits that Defendant conducts business in Geneva, New York.

34.     Admits that Plaintiff alleges that "the work performed [by members of the] Class and failure to pay wages...occurred in Ontario County, New York," but denies that any basis in law or in fact exists for such an award of damages and, therefore, denies the allegations contained in Paragraph 34 of Plaintiff's Class and Collective Action Complaint.

35.     Denies the allegations contained in Paragraph 35 of Plaintiff's Class and Collective Action Complaint.

## COLLECTIVE ACTION CLAIMS

36.     Admits that Plaintiff "seeks to proceed as a collective action with regard to the First Cause of Action, pursuant to 29 U.S.C. § 216(b)" backpay and an additional amount equal to the 100%of te Class's unpaid wages, pursuant to the FLSA and NYLL," but denies that any basis in law or in fact exists for such an award of damages and, therefore, denies the allegations contained in Paragraph 36 of Plaintiff's Class and Collective Action Complaint.

37.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of Plaintiff's Class and Collective Action Complaint.

38. Denies the allegations contained in Paragraph 38 of Plaintiff's Class and Collective Action Complaint.

39. Denies the allegations contained in Paragraph 39 of Plaintiff's Class and Collective Action Complaint.

40. Denies the allegations contained in Paragraph 40 of Plaintiff's Class and Collective Action Complaint.

41. Denies the allegations contained in Paragraph 41 of Plaintiff's Class and Collective Action Complaint.

42. Paragraph 42 alleges conclusions of law and Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of Plaintiff's Class and Collective Action Complaint.

## CLASS ACTION ALLEGATIONS

43. Admits that Plaintiff "brings the Second, Third, and Fourth Causes of Action on behalf of himself and the class, pursuant to subsections (a) and (b) of [Fed. R. Civ. P.] 23," pursuant to the FLSA and NYLL," but denies that any basis in law or in fact exists for such claims and, therefore, denies the allegations contained in Paragraph 36 of Plaintiff's Class and Collective Action Complaint.

44. Denies the allegations contained in Paragraph 44 of Plaintiff's Class and Collective Action Complaint.

45. Denies the allegations contained in Paragraph 45 of Plaintiff's Class and Collective Action Complaint.

46. Denies the allegations contained in Paragraph 46 of Plaintiff's Class and Collective Action Complaint.

47. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiff's Class and Collective Action Complaint.

48. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of Plaintiff's Class and Collective Action Complaint.

49. Denies the allegations contained in Paragraph 49 of Plaintiff's Class and Collective Action Complaint.

50. Denies the allegations contained in Paragraph 50 of Plaintiff's Class and Collective Action Complaint.

51. Denies the allegations contained in Paragraph 51 of Plaintiff's Class and Collective Action Complaint.

52. Denies the allegations contained in Paragraph 52 of Plaintiff's Class and Collective Action Complaint.

**COMMON FACTUAL ALLEGATIONS**

53. Denies the allegations contained in Paragraph 53 of Plaintiff's Class and Collective Action Complaint.

54. Denies the allegations contained in Paragraph 54 of Plaintiff's Class and Collective Action Complaint.

55. Denies the allegations contained in Paragraph 55 of Plaintiff's Class and Collective Action Complaint.

56. Denies the allegations contained in Paragraph 56 of Plaintiff's Class and Collective Action Complaint.

57. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of Plaintiff's Class and Collective Action Complaint.

58. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of Plaintiff's Class and Collective Action Complaint.

59. Denies the allegations contained in Paragraph 59 of Plaintiff's Class and Collective Action Complaint.

60. Denies the allegations contained in Paragraph 60 of Plaintiff's Class and Collective Action Complaint.

61. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of Plaintiff's Class and Collective Action Complaint.

62. Denies the allegations contained in Paragraph 62 of Plaintiff's Class and Collective Action Complaint.

63. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of Plaintiff's Class and Collective Action Complaint.

64. Paragraph 64 alleges conclusions of law and Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of Plaintiff's Class and Collective Action Complaint.

65. Denies the allegations contained in Paragraph 65 of Plaintiff's Class and Collective Action Complaint.

66. Denies the allegations contained in Paragraph 66 of Plaintiff's Class and Collective Action Complaint.

67. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of Plaintiff's Class and Collective Action Complaint.

68. Denies the allegations contained in Paragraph 68 of Plaintiff's Class and Collective Action Complaint.

69. Denies the allegations contained in Paragraph 69 of Plaintiff's Class and Collective Action Complaint.

70. Denies the allegations contained in Paragraph 70 of Plaintiff's Class and Collective Action Complaint.

71. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of Plaintiff's Class and Collective Action Complaint.

72. Denies the allegations contained in Paragraph 72 of Plaintiff's Class and Collective Action Complaint.

73. Denies the allegations contained in Paragraph 73 of Plaintiff's Class and Collective Action Complaint.

74. Denies the allegations contained in Paragraph 74 of Plaintiff's Class and Collective Action Complaint.

75. Denies the allegations contained in Paragraph 75 of Plaintiff's Class and Collective Action Complaint.

76. Denies the allegations contained in Paragraph 76 of Plaintiff's Class and Collective Action Complaint.

77. Denies the allegations contained in Paragraph 77 of Plaintiff's Class and Collective Action Complaint.

## FIRST CAUSE OF ACTION
## FLSA - OVERTIME WAGES
## (BROUGHT ON BEHALF OF PLAINTIFF AND THE COLLECTIVE)

78. Repeats and realleges each of its responses to the allegations contained in Paragraphs 1 through 77 of Plaintiff's Class and Collective Action Complaint.

79. Paragraph 79 alleges conclusions of law and Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of Plaintiff's Class and Collective Action Complaint.

80. Denies the allegations contained in Paragraph 80 of Plaintiff's Class and Collective Action Complaint.

81. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of Plaintiff's Class and Collective Action Complaint.

82. Denies the allegations contained in Paragraph 82 of Plaintiff's Class and Collective Action Complaint.

83. Denies the allegations contained in Paragraph 83 of Plaintiff's Class and Collective Action Complaint.

84. Denies the allegations contained in Paragraph 84 of Plaintiff's Class and Collective Action Complaint.

### SECOND CAUSE OF ACTION
### NYLL - OVERTIME WAGES
### (BROUGHT ON BEHALF OF PLAINTIFF AND THE CLASS)

85. Repeats and realleges each of its responses to the allegations contained in Paragraphs 1 through 84 of Plaintiff's Class and Collective Action Complaint.

86. Paragraph 86 alleges conclusions of law and Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 of Plaintiff's Class and Collective Action Complaint.

87. Denies the allegations contained in Paragraph 87 of Plaintiff's Class and Collective Action Complaint.

88. Denies the allegations contained in Paragraph 88 of Plaintiff's Class and Collective Action Complaint.

89. Denies the allegations contained in Paragraph 89 of Plaintiff's Class and Collective Action Complaint.

90. Denies the allegations contained in Paragraph 90 of Plaintiff's Class and Collective Action Complaint.

91. Denies the allegations contained in Paragraph 91 of Plaintiff's Class and Collective Action Complaint.

92. Denies the allegations contained in Paragraph 92 of Plaintiff's Class and Collective Action Complaint.

### THIRD CAUSE OF ACTION
### NYLL - UNPAID REGULAR WAGES
### (BROUGHT ON BEHALF OF PLAINTIFF AND THE CLASS)

93. Repeats and realleges each of its responses to the allegations contained in Paragraphs 1 through 92 of Plaintiff's Class and Collective Action Complaint.

94. Denies the allegations contained in Paragraph 94 of Plaintiff's Class and Collective Action Complaint.

95. Denies the allegations contained in Paragraph 95 of Plaintiff's Class and Collective Action Complaint.

96. Paragraph 96 alleges conclusions of law and Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of Plaintiff's Class and Collective Action Complaint.

97. Denies the allegations contained in Paragraph 97 of Plaintiff's Class and Collective Action Complaint.

98. Denies the allegations contained in Paragraph 98 of Plaintiff's Class and Collective Action Complaint.

99. Denies the allegations contained in Paragraph 99 of Plaintiff's Class and Collective Action Complaint.

100. Denies the allegations contained in Paragraph 100 of Plaintiff's Class and Collective Action Complaint.

**FOURTH CAUSE OF ACTION**
**NYLL - NOTICE AND RECORD-KEEPING REQUIREMENT VIOLATION**
**(BROUGHT ON BEHALF OF PLAINTIFF AND THE CLASS)**

101. Repeats and realleges each of its responses to the allegations contained in Paragraphs 1 through 100 of Plaintiff's Class and Collective Action Complaint.

102. Denies the allegations contained in Paragraph 102 of Plaintiff's Class and Collective Action Complaint.

103. Denies the allegations contained in Paragraph 103 of Plaintiff's Class and Collective Action Complaint.

**GENERAL DENIAL**

104. Defendant denies each and every allegation in Plaintiff's Class and Collective Action Complaint not specifically admitted herein.

**AFFIRMATIVE AND OTHER DEFENSES**

1. Plaintiff's Class and Collective Action Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

2. Plaintiff has failed to mitigate or reasonably attempt to mitigate damages, if any.

3. Plaintiff's claims are barred, in whole, or in part, by the doctrines of unclean hands, laches, waiver or estoppel.

4. Plaintiff has failed to exhaust Plaintiff's administrative remedies.

5. Plaintiff's Class and Collective Action Complaint is barred by the doctrine of collateral estoppel and/or res judicata.

6. Plaintiff's Class and Collective Action Complaint, and each and every cause of action alleged therein, is barred because Plaintiff's Class and Collective Action Complaint is uncertain in that the purported class and representative allegations are conclusory.

7. Plaintiff's Class and Collective Action Complaint, and each and every cause of action alleged therein, is barred or at least limited, by the doctrine of unknown hours worked.

8. Plaintiff's Class and Collective Action Complaint is barred, in whole or in part, to the extent that it was not filed within the period of time mandated by the applicable statutes of limitations.

9. This Court lacks subject matter jurisdiction and/or personal jurisdiction over Plaintiff's Class and Collective Action Complaint.

10. Plaintiff's request for future benefits and injunctive relief fails to state a claim upon which relief can be granted.

11. Plaintiff is barred from seeking equitable relief because Plaintiff has an adequate remedy at law.

12. Plaintiff's claims are not brought in good faith and the Defendant is entitled to an award of attorneys' fees and costs.

13. Defendant reserves the right to rely on any other affirmative defenses that become available or apparent during this litigation or otherwise and reserves the right to amend the Answer to assert such additional defenses.

**WHEREFORE**, Defendant Henkel US Operations Corp. requests that the Court enter judgment dismissing Plaintiff's Class and Collective Action Complaint in its entirety and with

prejudice, granting its costs and attorneys' fees and granting such other relief as the Court may deem just and proper.

Dated: Buffalo, New York
September 12, 2025

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

    */s/ R. Scott DeLuca*
Rebecca J. Bennett, Esq.
R. Scott DeLuca, Esq.
50 Fountain Plaza, 14th Floor
Buffalo NY 14202
Phone: (716) 831-2715
E-Mail: rebecca.bennett@ogletree.com;
    scott.deluca@ogletree.com

*Attorneys for Defendant
Henkel US Operations Corp.*