UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**JUSTIN CARROLL**, *on behalf of himself and all others similarly situated*,

                Plaintiff,

vs.

**HENKEL US OPERATIONS CORP.**,

                Defendant.

**DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Civil Action No.: 25-CV-06334 EAW

---

In accordance with FED. R. CIV. P. 7.1(a)(1), Henkel US Operations Corporation is a wholly-owned subsidiary of Henkel of America, Inc., which is wholly-owned by Henkel AG & Co. KGaA. No other company owns 10% or more of the stock of Henkel US Operations.

Dated: Buffalo, New York
        September 12, 2025

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

        */s/ R. Scott DeLuca*
Rebecca J. Bennett, Esq.
R. Scott DeLuca, Esq.
50 Fountain Plaza, 14th Floor
Buffalo NY 14202
Phone: (716) 831-2715
E-Mail: rebecca.bennett@ogletree.com;
      scott.deluca@ogletree.com

*Attorneys for Defendant
Henkel US Operations Corp.*

92438639.v2-OGLETREE