# Ogletree Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Seneca One Tower
1 Seneca Street, Suite 1075
Buffalo, New York 14203
Telephone: 716-831-2733
Facsimile:  716-719-2116
www.ogletree.com

R. Scott DeLuca
(716) 831-2715
scott.deluca@ogletree.com

February 4, 2026

*via ELECTRONIC MAIL (pedersen@nywd.uscourts.gov)
    and ELECTRONC CASE FILING SYSTEM*

The Honorable Mark W. Pedersen
United States Magistrate Judge
U.S. District Court for the Western District of New York
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

**RE:   Justin Carroll v. Henkel US Operations Corp.**
U.S. District Court for the Western District of New York
Civil Action No.: 25-CV-06334 EAW/MJP

Dear Magistrate Judge Pedersen:

We are in receipt of the Court's Order for Proposed Joint Discovery Plan (Docket #20, filed January 22, 2026), which scheduled a Rule 16 conference related to this matter for February 12, 2026 at 9:15 a.m.

We respectfully request that the Rule 16 conference be adjourned and rescheduled for another date. I am slated to be in New York City on February 12, 2026 to conduct a long-planned, all-day deposition in another matter. Rescheduling the deposition is not an option since it is Court-ordered and has been planned since mid-December 2025. Additionally, I am the attorney that has worked with Plaintiff's counsel regarding the proposed joint discovery plan for this matter; therefore, I am the attorney at Ogletree Deakins who should participate in the Rule 16 conference on behalf of Defendant.

Accordingly, we respectfully request that the Court reschedule the Rule 16 conference for any time on Friday, February 13, Tuesday, February 17, or Wednesday, February 18, 2026 (dates that Plaintiff's counsel and the undersigned are generally available for the conference). Alternatively, we understand if the Court must reschedule the Rule 16 conference for a different date altogether. Please be advised that I have personally

Atlanta ▪ Austin ▪ Baltimore ▪ Berlin ▪ Birmingham ▪ Boston ▪ Buffalo ▪ Calgary ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro
Fresno ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ Lexington ▪ London ▪ Los Angeles ▪ Memphis ▪ Mexico City ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal
Morristown ▪ Munich ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR
Raleigh ▪ Richmond ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ St. Louis ▪ St. Thomas ▪ Stamford ▪ Tampa ▪ Toronto ▪ Torrance ▪ Washington, D.C.

The Honorable Mark W. Pedersen
United States Magistrate Judge
U.S. District Court for the Western District of New York
February 4, 2026
Page 2

consulted Plaintiff's counsel (Garrett Kaske, Esq.) about this request and that he has consented to same.

Thank you for your attention to this matter and your consideration of this request.

Respectfully submitted,

*/s/ R. Scott DeLuca*

R. Scott DeLuca


cc:     Garrett Kaske, Esq. *(via CM/ECF)*