UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JUSTIN CARROLL, on behalf of himself and all others similarly situated,

Plaintiff,

v.

HENKEL US OPERATIONS CORP.,

Defendant.

Civil Action No.: 25-CV-06334 EAW/MJP

**MEDIATOR SELECTION STIPULATION**

IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Steven V. Modica, Esq., has been selected, contacted and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that Parties will select an initial mediation session to be held on or before May 15, 2026. The Parties will file a supplemental stipulation when the date and time of the initial mediation session is confirmed.

IT IS FURTHER STIPULATED AND AGREED, that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conferences, bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

[INTENTIONALLY LEFT BLANK – SIGNATURES ON THE FOLLOWING PAGE]

DATED: March 19, 2026

**KESSLER MATURA P.C.**

Troy L. Kessler, Esq.
Garrett D. Kaske, Esq.
534 Broadhollow Road, Suite 275
Melville, NY 11747
Phone: (631) 499-9100
E-Mail: gkaske@kesslermatura.com

**LAW OFFICES OF RAPHAEL A. KATRI**
Raphael A. Katri, Esq.
8549 Wilshire Blvd., Ste. 200
Beverly Hills, CA 90211
Phone: (310) 940-2034
E-Mail: rkatri@socallaborlawyers.com

*Attorneys for Plaintiff and the Putative Class*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*s/ R. Scott DeLuca*
Rebecca J. Bennett, Esq.
R. Scott DeLuca, Esq.
Seneca One Tower
1 Seneca Street, Suite 1075
Buffalo, New York 14203
Phone: (716) 831-2715
E-Mail: rebecca.bennett@ogletree.com;
scott.deluca@ogletree.com

*Attorneys for Defendant*