UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JUSTIN CARROLL, on behalf of himself and all
others similarly situated,

                              Plaintiff(s),

                                                                    ***MEDIATION
                                                                    CERTIFICATION***

                                                                    ___25___ - cv - _6334_

                              v.

 HENKEL US OPERATIONS CORP.,

                              Defendant(s).

_____

        I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on _____8/3/26_____.

    ☐ **Case has settled.** (Comment if necessary).

    ☐ **Case has settled in part.** (Comment below). Mediation will continue on_____.

    ☐ **Case has settled in part.** (Comment below). Mediation is complete.

    ☑ **Case has not settled.** Mediation will continue on _____08/17/2026_____.

    ☐ **Case has not settled.**

**Date:** _08/03/2026_____                    **Mediator: /S/** _Steven V. Modica_____

**Additional Comments:**
_____
_____
_____